CAT II 

JS 44   (Rev. 3/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
VANESSA SmitH and G.C. AMinoR

**(b)** County of Residence of First Listed Plaintiff  Cook
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
None, Pro Se

## DEFENDANTS: ISBE, Crete Monee Community School District

County of Residence of First Listed Defendant  Cook
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Courtney Stillman 19730 Governors Hwy. Suit 10 Flossmoor, IL 60422

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ⊗ 3 Federal Question *(U.S. Government Not a Party)* | | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ①1 | ①1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORI... |
|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 D... |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 O... |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | |
| & Enforcement of Judgment | Slander | Personal Injury | |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | |
| Student Loans | ☐ 340 Marine | Injury Product | |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | |
| ☐ 153 Recovery of | Liability | **PERSONAL PROPERTY** | |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | |
| | ☐ 362 Personal Injury - | Product Liability | |
| | Medical Malpractice | | |

15CV10250
JUDGE ALONSO
MAG. JUDGE ROWLAND

| LABOR | SOCIAL SECURITY | |
|---|---|---|
| ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights |
| | ⊗ 448 Education | ☐ 555 Prison Condition |
| | | ☐ 560 Civil Detainee - Conditions of Confinement |

| FEDERAL TAX SUITS |
|---|
| ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 871 IRS—Third Party 26 USC 7609 |

☐ 950 Constitutionality of State Statutes

| IMMIGRATION |
|---|
| ☐ 462 Naturalization Application |
| ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) |
| ☐ 465 Other Immigration Actions |

FILED
NOV 1 2 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation |

## VI. CAUSE OF ACTION
*(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)* INDIVIDUAL W/DISABILITIES EDUC. ACT, Educational disability Rights

## VII. Previous Bankruptcy Matters *(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  Compensat, Declar + injunct.

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## IX. RELATED CASE(S) IF ANY
None   *(See instructions):*
JUDGE _____   DOCKET NUMBER _____

## X. This case *(check one box)*
☒ Is not a refiling of a previously dismissed action   ☐ is a refiling of case number _____ previously dismissed by Judge _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD

11-12-15